IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

EILEENE DILLMAN, AS PERSONAL
REPRESENTATIVE OF THE ESTATE OF
ANDREW CHARLES DILLMAN, DECEASED,

    Plaintiff,

v.

CASE NO.: 8:18-cv-2217-CEH-CPT

TODD DAVIS, PATRICK DINES, LARAE
LEESON, EDWARD ZAWACKI, AZURE
OCEAN ESCAPES, LLC, and JENNIFER
LEESON DINES,

    Defendants.
_____/

## MEDIATION REPORT

In accordance with the Court's mediation order(s), a mediation conference was held on November 22, 2019, and the results of that conference are indicated below:

(a) The following individuals, parties, corporate representatives, and/or claims professionals attended and participated in the mediation conference, and each possessed the requisite settlement authority:

    __✓__ All individual parties and their respective trial counsel.

    __✓__ Designated corporate representatives.

    __✓__ Required claims professionals.

(b) The following individuals, parties, corporate representatives, and/or claims professionals failed to appear and/or participate as ordered:

_____

_____

_____

(c)     The outcome of the mediation conference was:

    __✓__ The case has been completely settled. In accordance with Local Rule 9.06 (b), lead counsel will promptly notify the Court of settlement in accordance with Local Rule 3.08 by the filing of a settlement agreement signed by the parties and the mediator within ten (10) days of the mediation conference.

Mediation Report
Case No.: 8:18-cv-2217-CEH-CPT

\_\_\_\_    <u>The case has been partially resolved</u> and lead counsel has been instructed to file a joint stipulation regarding those claims which has been resolved within ten (10) days. The following issues remain for this Court to resolve.

_____

_____

_____

\_\_\_\_    <u>The conference was continued</u> with the consent of all parties and counsel. The mediation conference will be held on a date certain not later then ten (10) days prior to the scheduled trial date. Any continuance beyond that time must be approved by the presiding Judge. Mediation Reports will be filed after additional conferences are completed.

\_\_\_\_    <u>The parties have reached an impasse.</u>

**Done this** 25th day of November, 2019 in Tampa, Florida.

/s/ R. Mark Shelton

R. Mark Shelton, Esquire
1539 Dale Mabry Hwy., Ste. 101
Lutz, Florida 33548
(813) 949-3681
Mark@MarkSheltonPA.com
US District Court, Middle
District of Florida Approved Mediator

cc: Jacob J. Munch, Esquire
~~Brian Caleiano, Esquire~~
Anthony Cuva, Esquire
~~Anthony Severino, Esquire~~
Theodore Shinkle, Esquire
Larae Leeson, *Pro Se*
~~Todd Davis, Pro Se~~

191122.10.RESULTS.FED.doc